No.    CR  07  00640  JF    **PVT**

FILED

**E-FILING UNITED STATES DISTRICT COURT**

RICHARD W. WIEKING

**NORTHERN DISTRICT OF CALIFORNIA**

NO. DIST. OF CA. S J

*SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

*vs.*

## BRANDON TOMLINSON and LANCE TOMLINSON

# INDICTMENT

**COUNT ONE:**    Title 18, U.S.C. § 371 - Conspiracy to Possess With Intent To Distribute, and Distribute, Human Growth Hormone

**COUNTS TWO - FOUR:**    Title 21, U.S.C. § 333(e)(1) - Possession With Intent To Distribute Human Growth Hormone

*A true bill.*

_____
*Foreperson*

*Filed in open court this* 10th *day of* October

*A.D. 200*7

_____
*United States Magistrate Judge*

*Bail. $* NO PROCESS REQUIRED

1  SCOTT N. SCHOOLS (SCN 9990)
   United States Attorney

2  **E-FILING**

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,          )  CR  07  00640 JF PVT
                                      )  No.
13        Plaintiff,                  )  VIOLATIONS: 18 U.S.C. § 371 and 21
                                      )  U.S.C. § 333(e)(1) – Conspiracy to
14        v.                          )  Distribute, and Possess With Intent to
                                      )  Distribute, Human Growth Hormone; 21
15 BRANDON TOMLINSON and              )  U.S.C. § 333(e)(1) and 18 U.S.C. § 2--
   LANCE TOMLINSON,                   )  Possession With Intent To Distribute Human
16                                    )  Growth Hormone; Aiding and Abetting
                                      )
17        Defendants.                 )  SAN JOSE VENUE
                                      )
18 _____  )

19                    I N D I C T M E N T

20 The Grand Jury charges:

21 COUNT ONE:  (18 U.S.C. § 371 and 21 U.S.C. § 333(e)(1)–Conspiracy To Distribute, And
                Possess With Intent To Distribute, Human Growth Hormone)

22
       1. On or about and between January 1, 2006, and September 20, 2007, in the Northern
23
   District of California, and elsewhere, defendants
24
                        BRANDON TOMLINSON and
25                      LANCE TOMLINSON,

26 and others, did knowingly conspire to possess with intent to distribute, and distribute, human

27 growth hormone, a/k/a "HGH," for a use in humans other than the treatment of a disease or other

28 recognized medical condition, where such use had been authorized by the Secretary of Health and

   INDICTMENT

FILED

2007 OCT 10  P 4: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1   Human Services, and pursuant to the order of a physician.

2   <u>MANNER AND MEANS OF THE CONSPIRACY</u>

3       2.  It was a part of the conspiracy to distribute that defendant BRANDON TOMLINSON

4   obtained human growth hormone from his employer, Genentech, and distributed human growth

5   hormone to defendant Lance Tomlinson, knowing that the purpose of such distribution was for a

6   use in humans other than the treatment of a disease or other recognized medical condition and

7   without the order of a physician.

8       3.  It was further a part of the conspiracy that defendant LANCE TOMLINSON distributed

9   the human growth hormone to other individuals, knowing that the purpose of such distribution

10   was for a use in humans other than the treatment of a disease or other recognized medical

11   condition and without the order of a physician.

12   <u>OVERT ACTS</u>

13       4.  In furtherance of the conspiracy and to attain its ends, the defendants committed the

14   following overt acts, among others, in the Northern District of California, and elsewhere:

15       a.  On or about March 1, 2007, LANCE TOMLINSON distributed a bottle of

16   human growth hormone to another person in San Jose, California;

17       b.  On or about March 14, 2007, BRANDON TOMLINSON told another person in

18   a telephone conversation to scrape the labeling off of a bottle of human growth hormone, and

19   provided advice on how to safely administer human growth hormone;

20       c.  On or about July 3, 2007, LANCE TOMLINSON authorized by telephone the

21   distribution of 22 bottles of human growth hormone to another person in San Jose, California.

22       All in violation of Title 18, United States Code, Section 371, and Title 21, United States

23   Code, Section 333(e)(1).

24   //

25   //

26   //

27   //

28   //

INDICTMENT                 2

1  COUNT TWO: (21 U.S.C. § 333(e)(1); 18 U.S.C. § 2-- Possession With Intent To
                Distribute Human Growth Hormone For Unauthorized Uses;
2                Aiding and Abetting)

3      5.  On or about March 1, 2007, in Santa Clara County, within the Northern District of

4  California, the defendants,
                        BRANDON TOMLINSON and
5                        LANCE TOMLINSON,

6  did knowingly possess with intent to distribute, and distribute, human growth hormone, a/k/a

7  "HGH," for a use in humans other than the treatment of a disease or other recognized medical

8  condition, where such use had been authorized by the Secretary of Health and Human Services,

9  and pursuant to the order of a physician, in violation of Title 21, United States Code, Section

10  333(e)(1), and Title 18, United States Code, Section 2.

11  COUNT THREE: (21 U.S.C. § 333(e)(1); 18 U.S.C. § 2-- Possession With Intent To
                Distribute Human Growth Hormone For Unauthorized Uses;
12                Aiding and Abetting)

13      6.  On or about July 3, 2007, in Santa Clara County, within the Northern District of

14  California, the defendants,

15                        BRANDON TOMLINSON and
                        LANCE TOMLINSON,
16
   did knowingly possess with intent to distribute, and distribute, human growth hormone, a/k/a
17
   "HGH," for a use in humans other than the treatment of a disease or other recognized medical
18
   condition, where such use had been authorized by the Secretary of Health and Human Services,
19
   and pursuant to the order of a physician, in violation of Title 21, United States Code, Section
20
   333(e)(1), and Title 18, United States Code, Section 2.
21
   COUNT FOUR: (21 U.S.C. § 333(e)(1); 18 U.S.C. § 2-- Possession With Intent To
22                Distribute Human Growth Hormone For Unauthorized Uses;
                Aiding and Abetting)
23
       7.  On or about September 20, 2007, in Santa Clara County, within the Northern District of
24
   California, the defendants,
25                        BRANDON TOMLINSON and
                        LANCE TOMLINSON,
26
   did knowingly possess with intent to distribute, and distribute, human growth hormone, a/k/a
27
   "HGH," for a use in humans other than the treatment of a disease or other recognized medical
28
   condition, where such use had been authorized by the Secretary of Health and Human Services,

INDICTMENT                                    3

1   and pursuant to the order of a physician, in violation of Title 21, United States Code, Section

2   333(e)(1), and Title 18, United States Code, Section 2.

3   DATED:                                        A TRUE BILL.

4                                                 FOREPERSON

5   SCOTT N. SCHOOLS
    United States Attorney

6

7   MATTHEW A. PARRELLA
    Chief, San Jose Branch Office

8

9   (Approved as to form:                         )
                                    AUSA NEDROW

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                              4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 OCT 10  P 4: 39

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
DISTRICT OF CA. S. J

---

### OFFENSE CHARGED

Ct 1: 18 U.S.C. § 371 - Consp. to Poss. w/ Intent To Distr., and Distr., Hum. Growth Hormone
Cts 2-4: 21 U.S.C. § 333 - Poss. w/ Intent to Distr. Hum. Growth Hormone

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
Ct 1 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Cts 2-4 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee

**DEFENDANT - U.S.**

▶ BRANDON TOMLINSON

DISTRICT COURT NUMBER

CR 07  00640

JF

PVT

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

PAT DONLIN, DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

---

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFF NEDROW

---

### DEFENDANT

IS **NOT** IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
    Northern District of California

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

E-FILING

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☑ INDICTMENT    ☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |

### OFFENSE CHARGED

Ct 1: 18 U.S.C. § 371 - Consp. to Poss. w/ Intent To Distr., and Distr., Hum. Growth Hormone
Cts 2-4: 21 U.S.C. § 333 -Poss. w/ Intent to Distr. Hum. Growth Hormone

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

DEFENDANT - U.S.

▶ LANCE TOMLINSON

DISTRICT COURT NUMBER

CR 07 00640

JF
PVT

PENALTY:
Ct 1 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Cts 2-4 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

PAT DONLIN, DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JEFF NEDROW

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: