**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding St., Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-07-00640 (JF) |
| Plaintiff, ) | **REQUEST FOR TRAVEL ORDER** |
| vs. ) | |
| BRANDON TOMLINSON, ) | |
| Defendant. ) | |
| _____ ) | |

Brandon Tomlinson, through his attorney of record, Richard P. Pointer, hereby requests a travel order permitting him to travel to Bucharest, Romania from December 14, 2007 through January 10, 2008, to spend the holidays with his wife's parents. While in Bucharest, Romania Mr. Tomlinson will be staying at Str Petofi Sanders, NR5, Sector 1, Bucharest, Romania.

My staff has spoken with Betty Kim, his Pre-Trial Services officer, and she voiced no opinion to this request. My staff has also spoken with Assistant U.S. Attorney Jeffrey Nedrow, and he has no objection to this travel request.

Dated: November 29, 2007                  Respectfully submitted,

                                          _____/s/_____
                                          Richard P. Pointer
                                          Attorney for BRANDON TOMLINSON

1

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:  (408) 246-5500
Facsimile:   (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-07-00640-JF |
| Plaintiff, ) | |
| vs. ) | **TRAVEL ORDER** |
| BRANDON TOMLINSON, ) | |
| Defendant. ) | |

Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel to Bucharest, Romania from December 14, 2007, through January 10, 2008, to spend the holidays with his wife's parents. All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: November _____, 2007

_____
RICHARD SEEBORG
Magistrate Judge of the United States District Court

2