**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:  (408) 246-5500
Facsimile:  (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-07-00640-JF |
| Plaintiff, | |
| vs. | **TRAVEL ORDER** |
| BRANDON TOMLINSON, | |
| Defendant. | |

Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel to Bucharest, Romania from December 14, 2007, through January 10, 2008, to spend the holidays with his wife's parents. All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: ~~November~~ Dec 11, 2007

_____
~~RICHARD SEEBORG~~ Patricia V. Trumbull
Magistrate Judge of the United States District Court

2