1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 146-1051
4
   Attorneys for Defendant
5  **BRANDON TOMLINSON**

6

7

8                  **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN JOSE DIVISION**

11
   UNITED STATES OF AMERICA,           )    NO: CR-07-00640-JF
12                                      )
                Plaintiff,              )
13                                      )    **ORDER RELEASING**
                vs.                     )    **PASSPORT**
14                                      )
   BRANDON TOMLINSON,                   )
15                                      )
                Defendant.              )
16  _____)

17        THE COURT HEREBY ORDERS that Mr. Tomlinson's passport be released to him so

18  that he may travel to Bucharest, Romania..

19        IT IS FURTHER ORDERED that Mr. Tomlinson is to return the passport by January 11,

20  2008.

21        All other conditions of Mr. Tomlinson's pretrial release shall remain as previously

22  ordered.

23        SO ORDERED.

24  Dated: December _____, 2007

25                                     _____
                                       PATRICIA V. TRUMBULL
26                                     Magistrate Judge of the United States District
                                       Court
27

28