**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | NO: CR-07-00640-JF |
| Plaintiff,                                            ) | |
| vs.                                                     ) | **ORDER RELEASING PASSPORT** |
| BRANDON TOMLINSON,                     ) | |
| Defendant.                                        ) | |

THE COURT HEREBY ORDERS that Mr. Tomlinson's passport be released to him so that he may travel to Bucharest, Romania..

IT IS FURTHER ORDERED that Mr. Tomlinson is to return the passport by January 11, 2008.

All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: December 12, 2007

PATRICIA V. TRUMBULL
Magistrate Judge of the United States District Court