# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, January 30, 2008
**Case Number:** CR-07-00640-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. BRANDON TOMLINSON, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Brandon Tomlinson |
|  | 2) Lance Tomlinson |
| **Attorneys Present:** Jeff Nedrow | **Attorneys Present:** Richard Pointer and specially appearing for Steven Nakano |

**PROCEEDINGS:**

Further status review hearing held. Counsel and defendants are present. Continued to 3/5/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.