**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding St., Suite 100
San Jose, Ca 95128
Telephone:  (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-07-00640 (JF) |
| Plaintiff, ) | **REQUEST FOR TRAVEL ORDER** |
| vs. ) | |
| BRANDON TOMLINSON, ) | |
| Defendant. ) | |
| _____ ) | |

    Brandon Tomlinson, through his attorney of record, Richard P. Pointer, hereby requests a travel order permitting him to travel to Joshua Tree National Park from April 16, 2008, through April 20, 2008, for camping.

    My staff has spoken with Betty Kim, his Pre-Trial Services officer, and she has no objection to this request. My staff has also spoken with Assistant U.S. Attorney Jeffrey Nedrow, and he has no objection to this travel request.

Dated: April 14, 2008                           Respectfully submitted,

                                                            _____/s/_____
                                                            Richard P. Pointer
                                                            Attorney for BRANDON TOMLINSON

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-07-00640-JF |
| Plaintiff, ) | |
| vs. ) | **TRAVEL ORDER** |
| BRANDON TOMLINSON, ) | |
| Defendant. ) | |

Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel Joshua Tree National Park from April 16, 2008, through April 20, 2008.  All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: April _____, 2008

_____
RICHARD SEEBORG
Magistrate Judge of the United States District Court

2