1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:  (408) 246-5500
   Facsimile:   (408) 146-1051
4
   Attorneys for Defendant
5  **BRANDON TOMLINSON**

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,          )   NO: CR-07-00640-JF
12                                    )
            Plaintiff,                )
13                                    )   **TRAVEL ORDER**
            vs.                       )
14                                    )
   BRANDON TOMLINSON,                 )
15                                    )
            Defendant.                )
16  _____  )

17     Upon application by Brandon Tomlinson, by and through his attorney of record,

18  Richard P. Pointer,

19     THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel Joshua Tree

20  National Park from April 16, 2008, through April 20, 2008.   All other conditions of Mr.

21  Tomlinson's pretrial release shall remain as previously ordered.

22     SO ORDERED.

23  Dated: April  /5 , 2008

24                                        [signature]
                                          ~~RICHARD SEEBORG~~
25                                        Magistrate Judge of the United States District
                                          Court
26

27

28                                    2