1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                             SAN JOSE DIVISION
6
7
  UNITED STATES OF AMERICA,              Case Number CR-07-00640-JF
8              Plaintiff,
       V.                                Status Hearing
9
  BRANDON TOMLINSON, ET AL,                  May 8, 2008
10             Defendant.
                                          CLERK'S NOTICE
11 _____

12

13 To all Parties and Attorneys of Record:

14 The status hearing set on May 7, 2008 is continued to May 8, 2008

15 at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3

16 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18 April 30, 2008                         For the Court
                                          Richard W. Wieking, Clerk
19

20                                        By:___/s/_____
                                          Diana Munz
21                                        Courtroom Deputy Clerk

22
23
24
25
26
27
28