1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding St., Suite 100
   San Jose, Ca 95128
3  Telephone:  (408) 246-5500
   Facsimile:   (408) 246-1051
4
   Attorneys for Defendant
5  **BRANDON TOMLINSON**

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-07-00640 (JF) |
| Plaintiff, | **REQUEST FOR TRAVEL ORDER** |
| vs. | |
| BRANDON TOMLINSON, | |
| Defendant. | |

Brandon Tomlinson, through his attorney of record, Richard P. Pointer, hereby requests a travel order permitting him to travel on the following dates and destinations:

1. On May 30, 2008 to Stockton, California to attend a training class at the Energy Training Center, 1129 Enterprise Street, Stockton, CA;

2. From June 4, 2008 to June 9, 2008, to Long Island City, New York to visit friends. While in Long Island City, Mr. Tomlinson will be staying at 4733 5th St., 3L, Long Island City, NY 11101.

My staff has spoken with Josh Libby, his Pre-Trial Services officer, and he has no objection to these travel requests. My staff has also spoken with Assistant U.S. Attorney Jeffrey Nedrow, and he has no objection to these travel requests.

Dated: May 27, 2008                Respectfully submitted,

_____/s/_____
Richard P. Pointer
Attorney for BRANDON TOMLINSON

1

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone: (408) 246-5500
Facsimile: (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO: CR-07-00640-JF |
|---|---|
| Plaintiff, | **TRAVEL ORDER** |
| vs. | |
| BRANDON TOMLINSON, | |
| Defendant. | |

Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel to on the following dates and destinations:

1. On May 30, 2008 to Stockton, California to attend a training class at the Energy Training Center, 1129 Enterprise Street, Stockton, CA;

2. From June 4, 2008 to June 9, 2008, to Long Island City, New York to visit friends. While in Long Island City, Mr. Tomlinson will be staying at 4733 5th St., 3L, Long Island City, NY 11101.

All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: May _____, 2008

_____
RICHARD SEEBORG
Magistrate Judge of the United States District Court