1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone: (408) 246-5500
   Facsimile: (408) 146-1051
4
   Attorneys for Defendant
5  **BRANDON TOMLINSON**

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   NO: CR-07-00640-JF
                                    )
11         Plaintiff,                )
                                    )   **TRAVEL ORDER**
12         vs.                       )
                                    )
13 BRANDON TOMLINSON,               )
                                    )
14         Defendant.                )
                                    )
15
       Upon application by Brandon Tomlinson, by and through his attorney of
16
   record, Richard P. Pointer,
17
       THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel to on the
18
   following dates and destinations:
19
       1.   On May 30, 2008 to Stockton, California to attend a training class at
20
            the Energy Training Center, 1129 Enterprise Street, Stockton, CA;
21
       2.   From June 4, 2008 to June 9, 2008, to Long Island City, New York to
22
            visit friends. While in Long Island City, Mr. Tomlinson will be staying
23
            at 4733 5th St., 3L, Long Island City, NY 11101.
24
       All other conditions of Mr. Tomlinson's pretrial release shall remain as
25
   previously ordered.
26
       SO ORDERED.
27
   Dated: May 29, 2008                    _____
28                                        ~~RICHARD SEEBORG~~
                                          Magistrate Judge of the United States
                                          District Court

                                    2