**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding St., Suite 100
San Jose, Ca 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-07-00640 (JF) |
| Plaintiff, | **REQUEST FOR TRAVEL ORDER** |
| vs. | |
| BRANDON TOMLINSON, | |
| Defendant. | |

Brandon Tomlinson, through his attorney of record, Richard P. Pointer, hereby requests an extension of his travel order permitting him to extend his stay in Long Island City, New York from 6/9/08 to 6/15/08

My staff has left this request with Josh Libby, his Pre-Trial Services officer, and Assistant U.S. Attorney Jeffrey Nedrow. Mr. Nedrow has no objection to this extension.

Dated: June 12, 20088                    Respectfully submitted,

                                         _____/s/_____
                                         Richard P. Pointer
                                         Attorney for BRANDON TOMLINSON

1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:  (408) 246-5500
   Facsimile:   (408) 146-1051
4
   Attorneys for Defendant
5  **BRANDON TOMLINSON**

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-07-00640-JF |
| Plaintiff, | |
| vs. | **EXTENSION OF TRAVEL ORDER** |
| BRANDON TOMLINSON, | |
| Defendant. | |

Good Cause Being Shown,

THE COURT HEREBY GRANTS Mr. Tomlinson's request to extend his travel order to Long Island City, New York, from June 9, 2008 through June 15, 2008.

All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: June _____, 2008

_____
PATRICIA TRUMBULL
Magistrate Judge of the United States District Court

2