1 **RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2 2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
3 Telephone: (408) 246-5500
Facsimile: (408) 146-1051
4
Attorneys for Defendant
5 **BRANDON TOMLINSON**

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO: CR-07-00640-JF |
|---|---|
| Plaintiff, | ) |
| vs. | ) **EXTENSION OF TRAVEL ORDER** |
| BRANDON TOMLINSON, | ) |
| Defendant. | ) |

Good Cause Being Shown,

THE COURT HEREBY GRANTS Mr. Tomlinson's request to extend his travel order to Long Island City, New York, from June 9, 2008 through June 15, 2008.

All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: June 16, 2008

*Denied — too late*

PATRICIA TRUMBULL
Magistrate Judge of the United States District Court