1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding St., Suite 100
   San Jose, Ca 95128
3  Telephone:  (408) 246-5500
   Facsimile:  (408) 246-1051
4
   Attorneys for Defendant
5  **BRANDON TOMLINSON**

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NO: CR-07-00640 (JF)** |
| Plaintiff, ) | |
| ) | **REQUEST FOR TRAVEL ORDER** |
| vs. ) | |
| BRANDON TOMLINSON, ) | |
| Defendant. ) | |

Brandon Tomlinson, through his attorney of record, Richard P. Pointer, hereby requests a travel order permitting him to travel from Burlingame, California, to Stockton, California every day from July 9, 2008 to July 11, 2008, to take a test to become a certified Home Performance Contractor.

My staff has spoken with Josh Libby, his Pre-Trial Services officer, and he has no objection to this travel request. My staff has also spoken with Assistant U.S. Attorney Jeffrey Nedrow, and he has no objection to this travel request.

Dated: July 2, 2008                        Respectfully submitted,

                                           _____/s/_____
                                           Richard P. Pointer
                                           Attorney for BRANDON TOMLINSON

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-07-00640-JF |
| Plaintiff, | |
| vs. | **TRAVEL ORDER** |
| BRANDON TOMLINSON, | |
| Defendant. | |

Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

THE COURT HEREBY GRANTS  Mr. Tomlinson's request to travel from Burlingame, California to Stockton, California every day from July 9, 2008 to July 11, 2008.

All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: July _____, 2008

_____
PATRICIA TRUMBULL
Magistrate Judge of the United States District Court