**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone: (408) 246-5500
Facsimile:  (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-07-00640-JF |
| Plaintiff, | **TRAVEL ORDER** |
| vs. | |
| BRANDON TOMLINSON, | |
| Defendant. | |

Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel from Burlingame, California to Stockton, California every day from July 9, 2008 to July 11, 2008.

All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: July __3__, 2008

PATRICIA TRUMBULL
Magistrate Judge of the United States District Court