JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CASBN 161299)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045
    Fax: (408) 535-5066
    Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 07-00640-JF |
|     Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF SENTENCING HEARING |
|     v. ) | |
| BRANDON TOMLINSON, ) | |
|     Defendant. ) | |

    The United States, through its counsel Jeffrey Nedrow, and defendant Brandon Tomlinson, through his counsel Richard Pointer, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for Wednesday, August 13, 2008 to Wednesday, November 19, 2008 at 9:00 a.m.

    The parties agree that the following reasons exist for this continuance:

    Brandon Tomlinson has provided information to the United States which may be useful to the government in evaluating its sentencing recommendation in this case. The government needs additional time to assess the value of this information. Both parties have an interest in a careful review of this information in light of its potential impact on the sentencing hearing. In addition, the probation office requires additional time to assess this information and complete the Presentence Report. Accordingly, a continuance is requested. The probation officer has been

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                              1

1 | notified of this proposed continuance.
2 |
3 |                    Respectfully submitted,
4 |
5 | August 7, 2008                   _____/s/_____
                                 RICHARD POINTER
6 |                                Counsel for Brandon Tomlinson
7 |
8 | August 7, 2008
                                 _____/s/_____
9 |                                JEFFREY D. NEDROW
                                 Assistant United States Attorney
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                               2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 07–00640-JF |
| Plaintiff, | ) ) | ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) | |
| BRANDON TOMLINSON, | ) ) | |
| Defendant. | ) ) ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from August 13, 2008 to November 19, 2008 at 9:00 a.m.

DATED: 8/11/08

_____
JEREMY FOGEL
United States District Judge

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                3