**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding St., Suite 100
San Jose, Ca 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-07-00640 (JF) |
| Plaintiff, ) | **REQUEST FOR TRAVEL ORDER** |
| vs. ) | |
| BRANDON TOMLINSON, ) | |
| Defendant. ) | |

Brandon Tomlinson, through his attorney of record, Richard P. Pointer, hereby requests a travel order permitting him to travel to Moab, Utah from August 29, 2008, through September 2, 2008, for camping. Mr. Tomlinson will stay at the Slick Rock Campground (1301 ½ North Highway 191, Moab Utah or at the Slick Rock Wilderness in Joyce Kilmer Memorial Forest.

My staff has spoken with Josh Libby, his Pre-Trial Services officer, and he has no objection to this request. My staff has also spoken with Assistant U.S. Attorney Jeffrey Nedrow, and he has no objection to this travel request.

Dated: August 26, 2008               Respectfully submitted,

                                     /s/
                                     Richard P. Pointer
                                     Attorney for BRANDON TOMLINSON

1

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone: (408) 246-5500
Facsimile:  (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRANDON TOMLINSON,<br><br>  Defendant. | NO: CR-07-00640-JF<br><br>**TRAVEL ORDER** |

    Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

    THE COURT HEREBY GRANTS Mr. Tomlinson's request to travel Moab, Utah from August 29, 2008, through September 2, 2008. All other conditions of Mr. Tomlinson's pretrial release shall remain as previously ordered.

    SO ORDERED.

Dated: August _____, 2008

_____
RICHARD SEEBORG
Magistrate Judge of the United States District Court

2