1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CASBN 161299)
   Assistant United States Attorneys
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5045
7     Fax: (408) 535-5066
      Email: jeff.nedrow@usdoj.gov
8

9  Attorneys for Plaintiff

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      )   No.: CR 07-00640-JF
                                    )
13 |          Plaintiff,             )   STIPULATION AND ~~PROPOSED~~
                                    )   ORDER FOR CONTINUANCE OF
14 |   v.                            )   SENTENCING HEARING
                                    )
15 | BRANDON TOMLINSON,              )
                                    )
16 |          Defendant.             )
                                    )
17 |_____

18       The United States, through its counsel Jeffrey Nedrow, and defendant Brandon

19 Tomlinson, through his counsel Richard Pointer, hereby agree and stipulate to a continuance of

20 the sentencing hearing in this case scheduled for Wednesday, November 19, 2008 to Wednesday,

21 February 4, 2009 at 9:00 a.m.

22       The parties agree that the following reasons exist for this continuance:

23       Brandon Tomlinson has provided information to the United States which may be useful

24 to the government in evaluating its sentencing recommendation in this case.  The government

25 needs additional time to assess the value of this information.  Both parties have an interest in a

26 careful review of this information in light of its potential impact on the sentencing hearing.  In

27 addition, the probation office requires additional time to assess this information and complete the

28 Presentence Report.  Accordingly, a continuance is requested.  The probation officer has been

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                    1

1  notified of this proposed continuance.

2

3                                    Respectfully submitted,

4

5  November 18, 2008              _____/s/_____
                                  RICHARD POINTER
6                                 Counsel for Brandon Tomlinson

7
   November 18, 2008              _____/s/_____
8                                 JEFFREY D. NEDROW
                                  Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.: CR 07–00640-JF |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING SENTENCING HEARING |
| v. | ) | |
| BRANDON TOMLINSON, | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from November 19, 2008 to February 4, 2009 at 9:00 a.m.

DATED:  11/20/08

_____
JEREMY FOGEL
United States District Judge

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                           3