**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone: (408) 246-5500
Facsimile: (408) 146-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>BRANDON TOMLINSON,<br>　　　　Defendant. | NO: CR-07-00640-JF<br><br>**ORDER** |

　　Upon application by Brandon Tomlinson, by and through his attorney of record, Richard P. Pointer,

　　THE COURT HEREBY orders the United States District Court to return Mr. Tomlinson's passport back to him.

　　SO ORDERED.

Dated: _____10/13/11_____

~~RICHARD SEEBORG~~   LUCY H. KOH
~~Magistrate Judge of the~~ United States District Court Judge